BRIAN C. ANDREWS, ESQ. (SBN 212969)
brian@brianandrews.com
JAMES E. PILLEY, ESQ. (SBN 277269)
james@brianandrews.com
ANDREWS LAW GROUP
6496 Weathers Place, Suite 200
San Diego, CA  92121
Phone:  (858) 452-5600
Fax:  (858) 452-5601

JS-6

Attorney for Plaintiff,
GARRETT TRAPP

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
GREGORY F. HURLEY, Cal. Bar No. 126791
ghurley@sheppardmullin.com
MICHAEL J. CHILLEEN, Cal. Bar No. 210704
mchilleen@sheppardmullin.com
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1993
Telephone:   714.513.5100
Facsimile:    714.513.5130

Attorneys for Defendant,
PIZZA HUT, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| GARRETT TRAPP, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PIZZA HUT, INC. a California Corporation; HOMAYOON SHAMOLIAN, an individual; JANET SHAOLIAN, an individual; and, DOES 1 to 100, inclusive<br><br>Defendants. | Case No.:  5:15-cv-00053-BRO-KK<br>Hon Beverly Reid O'Connell<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO REMAND REMOVED ACTION TO STATE COURT<br><br><br>Complaint Filed:   December 22, 2014<br>Trial Date:           None Set |

SMRH:436807660.1

# **ORDER**

Pursuant to the parties' stipulation, the Court hereby remands this case to state court.

**IT IS SO ORDERED.**

Dated: March 26, 2015        _____
                             Honorable Beverly Reid O'Connell
                             UNITED STATES DISTRICT COURT